UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER,<br><br>*Plaintiff*,<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE NATIONAL SECURITY DIVISION,<br><br>*Defendant*. | Civil Action No. 17-2274 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a) and a settlement agreement between the parties, Plaintiff Electronic Privacy Information Center and Defendant Department of Justice hereby stipulate to the dismissal of this action with prejudice.

SO STIPULATED AND AGREED this 23rd day of March 2018

                                                Respectfully submitted,

By:   MARC ROTENBERG, D.C. BAR # 422825
          EPIC President

          *s/ Alan Butler*
          ALAN BUTLER, D.C. BAR # 1012128
          EPIC Senior Counsel
          Electronic Privacy Information Center
          1718 Connecticut Ave. NW, Suite 200
          Washington, DC 20009
          (202) 483-1140
          butler@epic.org

          *Counsel for Plaintiff*

          CHAD A. READLER
          Acting Assistant Attorney General

ELIZABETH J. SHAPIRO
Deputy Branch Director

<u>*s/Marcia K. Sowles*</u>
MARCIA K. SOWLES
DC Bar No. 369455
Senior Trial Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue N.W. Room 7114
Washington, D.C. 20530
(202) 514- 4960
marcia.sowles@usdoj.gov

*Counsel for Defendant*